UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. |
| KENDRICK WARREN and BOBBY GREGORY, | ) ) ) |
| Defendants. | |

FILED
SEP 16 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**4:15CR00427 RWS/NCC**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 9, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**KENDRICK WARREN,**

the Defendant herein, having been convicted previously in the 22nd Judicial Court for the State of Missouri, of Robbery First Degree and Armed Criminal Action, crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

### COUNT TWO

The Grand Jury also charges that:

On or about July 9, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**BOBBY GREGORY,**

the Defendant herein, having been convicted previously in the 22nd Judicial Court for the State of Missouri, of the possession of a controlled substance, a crime punishable by a term of

imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney